

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2015

No. 04-15-00722-CV

**IN THE INTEREST OF S.S.**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01580
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal from the trial court's November 6, 2015 order terminating appellant's parental rights. Appellant timely filed notice of appeal on November 16, 2015, and filed a request for a reporter's record. The reporter's record was due November 30, 2015, but was not filed. *See* TEX. R. APP. P. 26.1(b), 35.1(b).

On December 2, 2015, the clerk of this court notified the court reporter, David Zarate, by letter that he is the reporter responsible for the record and that the record was late. Our letter required the record be filed by December 14, 2016. The record was not filed; however, on December 17, Zarate filed a notification of late record, requesting an extension of time until December 30 to file the record.

We grant the motion in part. We **order** the court reporter, David Zarate, to file the reporter's records by **December 28, 2016**. *See* TEX. R. APP. P. 35.3(c) (extension of time to file record in accelerated appeal must not exceed 10 days). The court will not grant any further extension of time to file the record in the absence of a showing of extraordinary circumstances that prevent the timely filing of the record and reasonable assurance the record will be completed and filed by the requested extended deadline.

We further **order** the clerk of this court to serve a copy of this order on the trial court. *See* Tex .R. App. P. 35.3(c) ("[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed"). Because this is an appeal from the termination of parental rights, "the trial court must direct the official or deputy reporter to immediately commence the preparation of the reporter's record. The trial court must arrange for a substitute reporter, if necessary." Tex. R. App. P. 28.4(b)(1).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2015.

Keith E. Hottle
Clerk of Court

